Decided September 20, 2006

## POSITIVE IMPACT CORPORATION *v.* INDOTRONIX INTERNATIONAL CORPORATION

The defendant's petition for certification for appeal from the Appellate Court, 96 Conn. App. 361 (AC 26429), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Gerald Hecht,* in support of the petition.

*Sheila A. Huddleston,* in opposition.

Decided September 20, 2006

## SHARON DURRANT *v.* BOARD OF EDUCATION OF THE CITY OF HARTFORD ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 96 Conn. App. 456 (AC 26437), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff was a member of an identifiable class of persons subject to imminent harm?"

The Supreme Court docket number is SC 17733.

*Kenneth J. Bartschi* and *Wesley W. Horton,* in support of the petition.

*Paul N. Shapera,* in opposition.

Decided September 20, 2006